

FILED

2012 Jul-05  PM 05:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **CLAUDE A. TILLMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Case No.** _____ |
| ) | |
| **MASTER CREDIT SYSTEMS, INC.** ) | |
| **and EQUIFAX INFORMATION** ) | |
| **SERVICES LLC,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE, Defendant Equifax Information Services LLC ("Equifax") hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, and thereby removes this civil action from the Circuit Court For Jefferson County, State of Alabama, Birmingham Division, wherein it is now pending as Case No. CV-2012-901639.00, to the United States District Court for the Northern District of Alabama, Southern Division, with a full reservation of any and all rights, claims, and defenses of any nature whatsoever, including but not limited to defenses related to service of process, jurisdiction and venue.  In support of this Notice, Defendant Equifax states the following:

1.      An action was filed on May 24, 2012 in the Circuit Court For Jefferson County, State of Alabama, entitled *Claude A. Tillman v. Master Credit*

*Systems, Inc. and Equifax Information Services LLC,* Civil Action No. CV-2012-901639.00 (the "State Court Action").

2.      Defendant Equifax was served with the Complaint on June 6, 2012.

3.      Defendant Master Credit Systems, Inc. ("MCS") was served with the Complaint on June 7, 2012.  MCS's Consent to Removal is attached hereto as Exhibit A.

4.      This Notice of Removal is being filed within the thirty (30) day time period, as required by 28 U.S.C. § 1446(b), of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

5.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, other pleadings and orders served upon Defendant Equifax in the Circuit Court Action are attached hereto as Exhibit B.

6.      This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States, specifically 15 U.S.C. §§ 1681, *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA") and 15 U.S.C. §§ 1692, *et seq.*, otherwise known as the Fair Debt Collection Practices Act ("FDCPA"), as follows:

(a)      Plaintiff's Complaint, on its face, alleges violations of the FCRA and the FDCPA.  *See* Exhibit B, Complaint, Counts One and Two.  In the Complaint, Plaintiff alleges that Equifax failed to comply with the requirements of the FCRA.

2

Equifax is a consumer reporting agency as defined by the FCRA. *See* 15 U.S.C. § 1681a(f). Upon information and belief, Plaintiff is a consumer as defined by the FCRA. *See* 15 U.S.C. § 1681a(c). The FCRA governs the accuracy of information contained in consumers' credit files such as those of Plaintiff. *See* 15 U.S.C. § 1681.

(b)     The FCRA, pursuant to 15 U.S.C. § 1681p, provides that any action alleging a violation of its provisions "may be brought in any appropriate United States District Court without regard to the amount in controversy."

7.     Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the Northern District of Alabama, because the county from which the Circuit Court civil action is being removed lies within this District and Division.

8.     Defendant Master Credit Systems, Inc. has consented to this Notice of Removal without waiving any defenses, including, but not limited to, insufficient service of process, as evidenced by the Consent to Removal filed concurrently herewith and attached as Exhibit A.

9.     Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to the Plaintiff and to the Clerk of the Court in the Circuit Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Equifax prays that the above-described action now pending in the Circuit Court of Jefferson County, Alabama, be removed to this Court.

Respectfully submitted this 5th day of July, 2012.

By:  */s/ Victoria J. Franklin-Sisson*
Victoria J. Franklin-Sisson
JONES, WALKER, WAECHTER,
POITEVENT, CARRERE & DENEGRE, L.L.P.
One Federal Place
1819 Fifth Avenue North, Ste. 1100
Birmingham, Alabama 35203
205.244.5200
205.244.5214 (direct)
205.244.5414 (facsimile)
vsisson@joneswalker.com

Attorneys for Defendant Equifax
Information Services LLC

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF

REMOVAL by United States Mail, postage prepaid to the following:

> Wesley L. Phillips
> Phillips Law Group
> PO Box 362001 (35236)
> One Perimeter Park South
> Suite 100 N
> Birmingham, AL 35243
>
> Master Credit Systems, Inc.
> c/o Brenda Godfrey
> 2520 Shallowford Rd., Suite H
> Marietta, GA 30066

Dated: July 5, 2012


> */s/ Victoria J. Franklin-Sisson*